**Electronically Filed
Supreme Court
SCPW-15-0000952
20-JAN-2016
01:09 PM**

SCPW-15-0000952

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

PAUL KAUKA CULLEN, also known as PAUL KAUKA NAKI, Petitioner,

vs.

THE HONORABLE ADRIANNE N. HEELY, JUDGE OF THE DISTRICT COURT OF THE SECOND CIRCUIT, MOLOKAʻI DIVISION, STATE OF HAWAIʻI, Respondent Judge,

and

RICHARD P. PERREIRA and GWENDOLYN H. PERREIRA, Respondents.

---

ORIGINAL PROCEEDING
(DC CIVIL NO. 13-1-0122)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Paul Kauka Cullen's petition for a writ of mandamus, filed on December 24, 2015, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner fails to demonstrate that he has a clear and indisputable right to the requested relief or a lack of alternative means to seek relief at this time. Petitioner, therefore, is not entitled to a writ of mandamus. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999)

(a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, January 20, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

